**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6811**

JAMES HENRY SIMPSON,

Plaintiff - Appellant,

v.

MARTESHA BISHOP, Richmond VA Magistrate; MICHAEL JOERSTEL, Richmond Police Officer; BROOK PETTIT, Asst. Commonwealth Attorney for Richmond; JOSHUA BOAYLES; BEVERLY SNUKALS, Richmond VA Circuit Court Judge; WALTER STOUT; CLARENCE M. JENKINS, Chesterfield Circuit Court; JUDGE HERBERT C. GILL, Retired New Kent VA Circuit Court Judge; THOMAS B. HOOVER, VA Circuit Court Judge,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:18-cv-00796-JAG-RCY)

Submitted: October 17, 2019                Decided: October 22, 2019

Before MOTZ and QUATTLEBAUM, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

James Simpson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Henry Simpson appeals the district court's order dismissing his pleading, initially construed as a 42 U.S.C. § 1983 (2012) complaint, and later noticed by Simpson as a "Criminal Complaint," as frivolous and malicious. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Simpson v. Bishop*, No. 3:18-cv-00796-JAG-RCY (E.D. Va. May 31, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*